14329.  BYRD v. COOPER.

LUKE, J. Upon the petition for certiorari and the answer thereto the judge of the superior court properly affirmed the judgment of the trial court by overruling the certiorari.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED JUNE 12, 1923.

Certiorari; from Fulton superior court — Judge Ellis. January 16, 1923.

*R. B. Blackburn,* for plaintiff in error.

*E. C. Buchanan,* contra.

---

14436.  MIDVILLE FERTILIZER & GIN CO. v. WADE.

BROYLES, C. J. 1. The defendant in fi. fa. was estopped, by reason of the recitals in the forthcoming bonds executed by him, from denying that the execution was levied upon the property described in the mortgage. See, in this connection, Civil Code (1910), § 5736; *Smith* v. *Davis,* 3 *Ga. App.* 419 (1) (60 S. E. 199); *Farmers Alliance Warehouse & Commission Co.* v. *McElhannon,* 98 *Ga.* 394, 396 (25 S. E. 558); *Mullis* v. *Kennedy,* 143 *Ga.* 618, 620 (85 S. E. 845); *Busby* v. *Elliott,* 22 *Ga. App.* 391 (2) (95 S. E. 1014).

2. Under the foregoing ruling, the court erred in refusing to strike the second ground of the affidavit of illegality, and the further proceedings in the case were nugatory.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*
DECIDED JUNE 12, 1923.

Mortgage foreclosure; from city court of Waynesboro — Judge W. H. Davis. February 22, 1923.

*E. M. Price, William H. Fleming,* for plaintiff.

*Pierce Brothers, M. C. Barwick, E. V. Heath,* for defendant.